IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL MILLER and**
**W.C. COLE, on behalf of themselves**
**and all others similarly situated,**

**Plaintiffs,**

**v.**

**HYPOGUARD USA, INC.,**
**MEDISYS USA, INC., LIBERTY**
**MEDICAL SUPPLY, INC., FOX**
**MEDICAL EQUIPMENT OF ARIZONA, INC.,**
**and FRANCIS M. MARTIN, d/b/a**
**FOX MEDICAL,**

**Defendants.**                                               No. 05-CV-0186-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court are Plaintiffs' motion to amend pleadings to change party against whom claim is asserted (Doc. 34) and Plaintiffs' motion for leave to file a first amended complaint (Doc. 36).  Based on the following, the Court **DENIES as moot** the motions, as Plaintiffs did not need to seek leave of the Court to file an amended complaint.

FEDERAL RULE OF CIVIL PROCEDURE 15(a) provides in part: "A party may amend the party's pleading once as a matter of course at any time before a

responsive pleading is served ..." As of this date, responsive pleadings have not been filed.[1] Thus, Plaintiffs are entitled to amend their complaint without leave of the Court. However, the First Amended Complaint filed on May 23, 2005 violates **LOCAL RULE 15.1**. **LOCAL RULE 15.1** states in part: "All new material in an amended pleading should be underlined. ..." Plaintiffs did not underline the new material in the First Amended Complaint. Thus, the Court **STRIKES** the First Amended Complaint (Doc. 37). The Court **ALLOWS** Plaintiffs up to and including May 31, 2005 to file an amended complaint that comports with **LOCAL RULE 15.1**.

**IT IS SO ORDERED.**

Signed this 24th day of May, 2005.

/s/   David RHerndon
**United States District Judge**

---

[1] A motion to dismiss is not a responsive pleading within the meaning of Rule 15(a). ***Car Carriers, Inc. v. Ford Motor Co.*, 745 F.2d 1101, 1111 (7th Cir.1984)**.