IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL MILLER and
W.C. COLE, on behalf of themselves
and all others similarly situated,**

**Plaintiffs,**

**v.**

**HYPOGUARD USA, INC.,
MEDISYS USA, INC., LIBERTY
MEDICAL SUPPLY, INC., and FOX
MED-EQUIP SERVICES, INC.,**

**Defendants.**                                     No. 05-CV-0186-DRH

### ORDER

**HERNDON, District Judge:**

This matter comes before the Court for the purpose of docket control. On May 27, 2005, Plaintiffs filed a First Amended Complaint (Doc. 39). Thus, the Court **DENIES as moot** the pending motions to dismiss (Docs. 13, 15, & 17).

**IT IS SO ORDERED.**

Signed this 27th day of May, 2005.

/s/   David RHerndon
**United States District Judge**